UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:16-cr-81-FtM-38CM

WESLEY PETIPHAR

### **ORDER**[1]

Before the Court is Defendant Wesley Petiphar's *pro se* Motion to Compel Defense Counsel to Produce his trial transcripts, sentencing transcript, and docket sheet. (Doc. 519). The Court sentenced Petiphar to life imprisonment after a jury found him guilty of conspiring to distribute methamphetamine. (Doc. 350; Doc. 454). The Eleventh Circuit affirmed his conviction and sentence. (Doc. 518). And Petiphar's co-defendant has petitioned for rehearing en banc, which remains pending. Petiphar now moves the Court to compel his attorney to give him copies of his trial transcripts, sentencing transcripts, and docket sheet, which as "vital to Petiphar." (Doc. 519 at 2). But Petiphar's *pro se* motion is not properly before this Court because counsel still represents him. *See* Local Rule 2.03(d) ("Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court[.]"). The Court thus strikes the motion from the record. Nevertheless, the documents that Petiphar seeks are available on https://www.pacer.gov/.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

Defendant Wesley Petiphar's *pro se* Motion to Compel Defense Counsel to Produce (Doc. 519) is **STRICKEN**.

**DONE AND ORDERED** in Fort Myers, Florida on this 21st day of January 2020.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record